UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY HENSLEY,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF UPLAND, CALIFORNIA; OFFICER ALEXANDER MONROY; OFFICER ANDREW NAKAMURA; AND DOES 1-10.<br><br>Defendants. | Case No. 5:20-cv-02462-CBM-ASx<br><br>ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE **[JS-6]**<br><br>Honorable District Court Judge Consuelo B. Marshall<br><br>Honorable Magistrate Judge Alka Sagar |

HAVING CONSIDERED THE PARTIES JOINT STIPULATION TO DISMISS WITH PREJUDICE, IT IS HEREBY ORDERED:

1. Defendant THE CITY OF UPLAND, CALIFORNIA is dismissed with prejudice from the entire case and all claims stated therein;

2. Defendant OFFICER ALEXANDER MONROY is dismissed with prejudice from the entire case and all claims stated therein;

1

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE

3. Defendant OFFICER ANDREW NAKAMURA is dismissed with prejudice from the entire case and all claims stated therein;

4. The First Cause of Action, Unreasonable Search and Seizure – Excessive Force, stated in the Complaint is dismissed with prejudice as to all defendants;

5. The Second Cause of Action, Municipal Liability – Unconstitutional Custom or Practice, stated in the Complaint is dismissed with prejudice as to all defendants;

6. All parties agree to bear their own fees and costs incurred in the above referenced case.

IT IS SO ORDERED.

DATED  JANUARY 24, 2022

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE